IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WESCO INSURANCE COMPANY                                    PLAINTIFF

V.                                  CIVIL ACTION NO.: 1:16-cv-00165-SA-DAS

ARCHER LANDSCAPE GROUP, LLC,
GERALD SELLERS,
RICHARD STRACHAN, and
TIMOTHY BRASFIELD                                          DEFENDANTS

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Defendant Brasfield's Motion to Dismiss for Lack of Jurisdiction is DENIED.

It is SO ORDERED this, the 25th day of August, 2017.

                                             /s/ Sharion Aycock
                                             UNITED STATES DISTRICT JUDGE