IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WESCO INSURANCE COMPANY                                       PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:16-cv-00165-SA-DAS

ARCHER LANDSCAPE GROUP, LLC
GERALD SELLERS
RICHARD STRACHAN, and
TIMOTHY BRASFIELD                                             DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on September 9, 2016. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 11th day of October, 2017.

                                                                            /s/ Sharion Aycock
                                                                         UNITED STATES DISTRICT JUDGE